# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 25, 2022

## NO. 03-20-00391-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**Black, Mann, and Graham, L.L.P., Appellee**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
### REVERSED AND RENDERED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on June 1, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment that Black, Mann, and Graham, L.L.P. take nothing. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.